MCDOUGALD, APPELLANT, *v.* BRUNSMAN, WARDEN, APPELLEE.

[Cite as *McDougald v. Brunsman,* 130 Ohio St.3d 22, 2011-Ohio-4607.]

*Habeas corpus—Invalidity of indictment, innocence of charge, and prosecutorial misconduct are not claims cognizable in habeas corpus—Judgment dismissing petition affirmed.*

(No. 2011-0796—Submitted September 7, 2011—Decided September 15, 2011.)

APPEAL from the Court of Appeals for Warren County, No. CA2011-02-011.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Jerone McDougald, for a writ of habeas corpus. His claims are not cognizable in habeas corpus. See *Pishok v. Kelly*, 122 Ohio St.3d 292, 2009-Ohio-3452, 910 N.E.2d 1033 (validity or sufficiency of charging instrument); *Junius v. Eberlin*, 122 Ohio St.3d 53, 2009-Ohio-2383, 907 N.E.2d 1179 (actual innocence); *Keith v. Bobby*, 117 Ohio St.3d 470, 2008-Ohio-1443, 884 N.E.2d 1067, ¶ 15 (fraud upon the court, prosecutorial misconduct, and perjured testimony).

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Jerone McDougald, pro se.

Michael DeWine, Attorney General, and Elizabeth A. Matune, Assistant Attorney General, for appellee.

_____